UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                        CRIMINAL NO. 5:21-CR-18-BJB

ERIC L. CLARK                                                                                  DEFENDANT

**SENTENCING MEMORANDUM**
*-Electronically Filed-*

The United States of America, by counsel, files its memorandum in support of sentencing in this action currently scheduled for December 20, 2023. The United States does not plan to put on testimony at the hearing.

The United States agrees with the U.S. Probation Office's final Presentence Investigation Report (PSR) guideline calculations of an adjusted offense level of 21, a Criminal History Category of VI, and a sentencing range of 77 to 96 months. The United States will recommend, pursuant to the Plea Agreement, a sentence of 77 months.

**I.  OFFENSE CONDUCT**

The defendant was charged with one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). There does not appear to be a material dispute as to the offense conduct in this case, as described in the PSR (paragraphs 12 through 15).

**II.  GUIDELINES CALCULATION**

The United States agrees with Probation's calculation of the adjusted offense level and reduction for acceptance of responsibility. Using these calculations, the appropriate Guidelines offense level is 21.

## III.  CRIMINAL HISTORY

The United States agrees with the criminal history calculation in the PSR.  Defendant has a criminal history score of 13 and a criminal history category of VI.

## IV.  SENTENCING FACTORS

The total offense level should be 21 for Count 1.  The criminal history category is VI.  The sentencing range pursuant to the Guidelines would be 77 to 96 months.

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a).  Title 18, United States Code, Section 3553(a) guides the Court regarding factors to consider when imposing a sentence.  That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed:

 (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

 (B) to afford adequate deterrence to criminal conduct;

 (C) to protect the public from further crimes of the defendant; and

 (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

 (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines--
 . . .

(5) any pertinent policy statement--
 . . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

It is the position of the United States that a sentence of 77 months would accomplish the sentencing purposes of 3553(a).

## V.  CONCLUSION

For the reasons set forth herein, the United States respectfully requests the Court impose a sentence of 77 months imprisonment.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*//s// Seth A. Hancock*
Seth A. Hancock
Assistant United States Attorney
501 Broadway
Paducah, Kentucky  42001
PH:      (270) 443-2899
FAX:    (270) 444-6794
Email:  seth.hancock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: **Donald J. Meier, Esq.**, Counsel for Defendant.

*//s// Seth A. Hancock*
Seth A. Hancock
Assistant United States Attorney